**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
50 Main St., Ste. 475
White Plains, NY 10606
Telephone: (914) 874-0710
Facsimile: (914) 206-3656
E-mail: pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
Kaili C. Lynn (State Bar No. 334933)
Joshua R. Wilner (State Bar No. 353949)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: klynn@bursor.com
jwilner@bursor.com

**BURSOR & FISHER, P.A.**
Max S. Roberts (State Bar No. 363482)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10069
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-mail: mroberts@bursor.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL BABBINI and MICHELLE SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>REDDIT, INC.,<br><br>Defendant. | Case No. 3:26-cv-01532-TLT<br><br>**FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>**<u>JURY TRIAL DEMANDED</u>** |

# TABLE OF CONTENTS

**PAGE**


NATURE OF THE ACTION .......... 1

THE PARTIES .......... 1

JURISDICTION AND VENUE .......... 2

FACTUAL ALLEGATIONS .......... 2

I. REDDIT .......... 2

II. REDDIT'S ONLINE TRACKING TECHNOLOGY .......... 5

A. Persistent Identifiers .......... 6

1. IP Addresses .......... 8

2. Mobile Advertising Identifiers .......... 11

3. Email Addresses .......... 16

B. Interception of Communications .......... 17

III. REDDIT'S ADVERTISING PRODUCTS .......... 18

A. Reddit Ads .......... 18

B. Reddit Ad Targeting and Audience Segmentation .......... 21

C. Identity Resolution .......... 23

IV. DEFENDANT'S TRACKERS ARE PRESENT ON EACH OF THE SUBJECT WEBSITES AND ACROSS THE INTERNET .......... 25

A. Zillow .......... 25

B. Grubhub .......... 27

V. PLAINTIFFS' EXPERIENCES .......... 29

A. Plaintiff Paul Babbini .......... 29

B. Plaintiff Michelle Smith .......... 30

CLASS ALLEGATIONS .......... 32

CAUSES OF ACTION .......... 34

COUNT I .......... 34

COUNT II .......... 36

COUNT III ........................................ 39
COUNT IV ........................................ 40
COUNT V ........................................ 43
COUNT VI ........................................ 44
PRAYER FOR RELIEF ........................................ 47
JURY TRIAL DEMANDED ........................................ 47

Plaintiffs Paul Babbini and Michelle Smith ("Plaintiffs") bring this action on behalf of themselves and all others similarly situated against Reddit, Inc. ("Reddit" or "Defendant"). Plaintiffs make the following allegations pursuant to the investigation of counsel and based upon information and belief, except as to the allegation specifically pertaining to themselves, which are based on personal belief.

## NATURE OF THE ACTION

1. This class action lawsuit sets forth how Reddit surveils of millions of Americans, including millions of people who do not have Reddit accounts, through their activity on the Internet and mobile applications. Reddit, through its software products, tracks in real time and records indefinitely non-anonymous personal information and specific web activity of hundreds of millions of Americans.

2. Reddit collects this information to identify users of the Reddit social media platform and serve them with advertisements based on their activity off the platform and, in doing so, connects intimate details about their person and behavior to an individual's email address and phone number. This, on its own, is invasive enough, but Reddit also collects and stores the information of millions of people who do not have Reddit accounts.

3. This unlawfully collected information is worth billions of dollars to Defendant because it fuels the advertising machine on Reddit, at the expense of Americans' privacy.

4. Plaintiffs bring this action to enforce their constitutional rights to privacy and to seek damages under Federal and California law for the harm caused by the collection and sale of their confidential data and personal information.

## THE PARTIES

5. Plaintiff Paul Babbini is a natural person and citizen of California, residing in Santa Rosa, California. While in California, Plaintiff Babbini visited numerous websites where Reddit's tracking technology was present and had his activity on those websites and subsequent activity on other websites tracked by Defendant. Plaintiff Babbini does not have a Reddit account.

6. Plaintiff Michelle Smith is a natural person and citizen of California, residing in Emeryville, California. While in California, Plaintiff Smith visited numerous websites where

Reddit's tracking technology was present and had her activity on those websites and subsequent activity on other websites tracked by Defendant. Plaintiff Smith does not have a Reddit account.

7. Defendant Reddit, Inc. is a Delaware corporation with its principal place of business at 303 2nd Street South Tower, San Francisco, CA 94107. Reddit, Inc. owns and operates the Reddit Pixel and the Reddit social media platform, including its advertising service.

## JURISDICTION AND VENUE

8. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(d)(2)(A) because this case is a class action where the aggregate claims of all members of the proposed class are in excess of $5,000,000, exclusive of interest and costs, and at least one member of the proposed class is a citizen of a state different from at least one Defendant.

9. This has personal jurisdiction over Defendant because Defendant collected the private information of thousands or millions of people in California, sold that information to advertisers in California—who targeted advertisements to Californians based in part on their location in California—and profited from the sale of Californians' personal information. Further, Defendant's principal places of business are in California.

10. Venue is proper in this District pursuant to 28 U.S.C. § 1391 because a substantial part of the events giving rise to the claim occurred in this District, Plaintiffs reside in this District, and Defendant resides in this District.

## FACTUAL ALLEGATIONS

### I. REDDIT

11. Defendant Reddit, an online social media forum and news aggregator, was founded in 2005 by Steve Huffman and Alexis Ohanian.[1]

12. Currently, Reddit is one of the largest social media platforms in the world, with over 1 billion monthly active users worldwide, and over 194 million users in the United States. It is available through a desktop browser ("the Website"), but also as a mobile application ("the App").[2]

---

[1] *Reddit*, BRITANNICA MONEY, https://www.britannica.com/money/Reddit (last accessed Feb. 3, 2026).

[2] *Reddit Users Statistics 2026 (MAU & DAU Data)*, DEMANDSAGE, (last accessed Feb. 3, 2026).

13. Reddit, which markets itself as "[t]he heart of the internet" is "home to thousands of communities, endless conversation, and authentic human connection. Whether you're into breaking news, sports, TV fan theories, or a never-ending stream of the internet's cutest animals, there's a community on Reddit for you.."[3]

14. One of the central features of the Reddit platform is its "subreddits." Subreddits are "niche communities on Reddit where users discuss specific topics."[4] Examples include subreddits dedicated to technology, history, makeup, and gaming.

15. Reddit users can browse the Website and App with or without creating an account. Reddit also offers a subscription service, called "Reddit Premium," which offers "exclusive benefits and perks for the best experience on Reddit."[5] Reddit charges $5.99 a month for premium, or $49.99 a year.[6] One of those perks includes going ads-free.

16. Reddit users or visitors who do not purchase the Reddit Premium subscription are served ads in their "feed"—i.e., these users or visitors see ads as they scroll through the Website/App or visit different subreddits. Put differently, these ads are interspersed with, or embedded among, organic (user-created) posts on the Website and App.

17. Like nearly all social media platforms, basic access to Reddit is free. This is because it makes its money elsewhere: through advertising and monetization. In Q2 of 2025, Reddit made $500 million, including approximately $465 million in ad revenues.[7]

18. Reddit's aggressive push for advertising and monetization in the United States has paid off. "In 2024, most of Reddit's revenue of USD 1.3 billion was from within the U.S.: USD 1.06 billion, with USD 236.7 million from other locations."[8]

---

[3] *The Heart of the Internet*, REDDIT, https://redditinc.com/ (last accessed Feb. 3, 2026).
[4] *Reddit*, BUFFER, https://buffer.com/social-media-terms/reddit (last accessed Feb. 3, 2026).
[5] *Reddit Premium*, BUFFER (Dec. 17, 2025) https://www.reddit.com/premium
[6] *Id.*
[7] *Reddit ad revenues soar 84%, but its place in media plans lags*, EMARKETER, https://www.emarketer.com/content/reddit-ad-revenue-soars-84--its-place-media-plans-lags (Aug. 1, 2025)
[8] *Reddit Statistics and Facts (2025),* ELECTROIQ https://electroiq.com/stats/reddit-statistics/ (Mar. 11, 2025)

19. Reddit admits that it monitors and collects user information to boost its advertising capabilities. Reddit says it "automatically collect[s] information as you use our Services" in order to "personalize content and advertisements, [and] measure the effectiveness of advertising on and off Reddit[.]"[9]

20. Reddit also uses first-party and third-party cookies for advertising purposes. Reddit states that "[i]n addition to using cookies on our sites, we may also serve our cookies (specifically, our advertising pixel) on third-party sites operated by Reddit advertisers who use our advertising technology."[10]

21. Reddit's advertising cookies are used "to deliver advertisements, to make them more relevant and meaningful to users, and to track the efficiency of our advertising campaigns, both on our services and on other sites or mobile apps. Our third-party advertising partners may use these cookies to build a profile of your interests and deliver relevant advertising on other sites.[11]

22. Reddit also "collect[s] device and network connection information when you access and use the Services. This may include your IP address, user-agent string, browser type, operating system, referral URLs, device information (such as device IDs), device settings, and mobile carrier name."[12]

23. Reddit also "collect[s] information about how you use our Services, like pages visited, how you interact with content, ads, and communities, upvotes/downvotes, links clicked, the requested URL, and search terms."[13]

24. Reddit also "automatically collect[s] information about your approximate location based on our Logs Data."[14]

25. Reddit also "may receive information about you from other sources, including from other users and third parties, and combine that information with the other information we have

---

[9] *Reddit Privacy Policy*, REDDIT, https://www.reddit.com/policies/privacy-policy (last updated Jan. 6, 2026)

[10] *Cookie Notice*, REDDIT, https://www.reddit.com/policies/cookies (last updated Sep. 15, 2020)

[11] *Id.*

[12] *Reddit Privacy Policy*, REDDIT, https://www.reddit.com/policies/privacy-policy (last updated Jan. 6, 2026)

[13] *Id.*

[14] *Id.*

about you. For example, we may receive demographic or interest information about you from third parties, including advertisers (such as the fact that an advertiser is interested in showing you an ad), and combine it with data you have provided to Reddit, using a common account identifier such as a hash of an email address or a mobile-device ID."[15]

26. The impact of Reddit's surveillance of user behavior is evident all over its platform. Each user's feed—which contains organic content—also contains numerous personalized advertisements for products.

## II. REDDIT'S ONLINE TRACKING TECHNOLOGY

27. The Reddit pixel is a "snippet of JavaScript code" loaded onto websites that will allow advertisers "to track actions that visitors take after seeing or clicking your ad on Reddit. You can also pass additional signals to strengthen Reddit's attribution matching."[16]

28. The Reddit Pixel facilitates what Reddit Ads calls "automated advanced matching," which enhances Reddit ad tracking by automatically collecting and hashing match keys to improve measurement, retargeting, and conversion rates when enabled."[17]

29. "Auto-advanced matching (AAM) uses customer-provided information to associate them with their conversion activity for better ad metrics. This feature ingests your site to collect relevant match keys, whether found in plaintext or within forms referenced by the Pixel. When enabled, this data will be normalized and hashed with SHA-256 before the Pixel receives it."[18]

30. In other words, the Reddit pixel is a piece of code that Reddit Ads clients implement on their website to track their users' website behavior. The Reddit Pixel then transmits that user behavior data back to Reddit in order to better target users for advertising.

31. Reddit Ads' Conversions API (application programming interface) allows Reddit Ads users to "securely share conversions—no matter where they happen—to improve measurement, targeting, and optimization. The Conversions API (CAPI) is a secure server-to-

---

[15] *Id.*
[16] *About the Reddit Pixel*, REDDIT, https://business.reddithelp.com/s/article/reddit-pixel (last accessed Feb. 2026)
[17] *Automated Advanced Matching*, REDDIT, https://business.reddithelp.com/s/article/automated-advanced-matching (last accessed Feb. 2026)
[18] *Id.*

server data connection tool that shares conversion event data with Reddit Ads without needing website code. Server-side connections are more resilient to signal loss and strengthen campaign performance with improved measurement, targeting, and optimization."[19]

32. The Conversions API, in other words, further allows Reddit Ads clients to integrate and share their data with Reddit to boost their targeted advertising capabilities.

33. For Reddit Ads clients, the benefits of utilizing the Conversions API and Reddit Pixel include improved "conversion coverage, maximize campaign performance," and "better targeting and optimization tools. Your measurement will be more resilient and adaptable to the shifting advertising landscape."[20]

34. The Reddit Pixel and Reddit's Conversions API are marketing/advertising solutions that allow Reddit to identify, survey, and categorize users by combining Reddit Ads clients' data with Reddit's own data. In this way, Reddit augments its own data set, and adds to or creates profiles of users for the sake of advertising.

**A. Persistent Identifiers**

35. One way that Reddit tracks individuals across multiple websites is through the use of persistent identifiers. As the name suggests, persistent identifiers are identifying information that follows an Internet user from one website or app to another. Reddit uses these identifiers to confirm that a visitor using a particular website is the same person identified by Reddit on its Website or App.

36. One form of persistent identifier is a browser "cookie." "Cookies are bits of data that are sent to and from your browser to identify you. When you open a website, your browser sends a piece of data to the web server hosting that website."[21]

37. Reddit uses several cookies to track users' activities across the internet.

---

[19] *About the Conversions API*, REDDIT, https://business.reddithelp.com/s/article/Conversions-API (last accessed Feb. 2026)

[20] *Id.*

[21] https://www.microsoft.com/en-us/edge/learning-center/what-are-cookies?form=MA13I2 (last visited Dec. 23, 2024).

38. Upon information and belief, Reddit uses other cookies for advertising purposes, including to make ads "more relevant and meaningful to users, and to track the efficiency of our advertising campaigns, both on our services and on other sites or mobile apps. Our third-party advertising partners may use these cookies to build a profile of your interests and deliver relevant advertising on other sites."[22]

39. Reddit explains that cookies—including their cookies—are small text files that sites store on users' computer "so that a site like Reddit can remember information about your visit and can use the information to improve your experience and to create aggregated anonymized statistics about usage of the site."[23]

40. When a user visits a website that utilizes Reddit's Pixel, the Reddit Ads client requests that Reddit set a cookie onto the browser or device of the person visiting the website. Reddit then links these proprietary ID numbers to the cookie and the individual with the cookie:


```
cookie
loid=000000001e7pe0qlaw.2.1733179494859.Z0FBQUFBQm5UamhtM1FBSmZIOHNHUV9yMIM0U
21YSGU0ZGdhNFhXeGE2NDNoRzhpWWgwSzlNVjRIMGM3Y242NGltc3M0U2ZSWnktckNYa2ZpM
1BXZGJzSnFmdjZVRjFPTWxXZmVnOWkxU05ia2stUVJieFh2TktmelhzSi1CUmZFOEgybXdqVTF3
RkE; csv=2
```


41. After the cookie is loaded onto a person's browser, each time that person visits a website where the Reddit Pixel is operating, Reddit uses the cookie to identify the website visitor as the same person who visited previous websites with the same cookie installed on their browser, and thereafter matches it to a user of the Reddit Website or App. As such, Reddit is able to track each individual Website and/or App user across multiple sites to create a more detailed profile on that person's beliefs, interests, and habits.

42. This information is cross-referenced with other information collected by Reddit to specifically identify the individual using the device and to add this web-activity information to a larger profile on the individual to sell their profile for targeted advertising.

---

[22] *Id.*

[23] *Id.*

*1. IP Addresses*

43. Reddit says that it collects information from users, including their IP addresses.

44. IP addresses are another common persistent identifier.

45. An IP address is a unique set of numbers assigned to a device on a network, which is typically expressed as four sets of numbers separated by periods (*e.g.*, 192.168.123.132). The traditional format of IP addresses is called IPv4, and it has a finite amount of combinations and thus is limited to approximately 4.3 billion addresses. Because this proved to be insufficient as the Internet grew, IPv6 was introduced. IPv6 offers a vastly larger address space with 340 undecillion possible addresses. While IPv6 adoption has been increasing, many networks still rely on IPv4.[24]

46. Much like a telephone number, an IP address guides or routes an intentional communication signal (*i.e.*, a data packet) from one device to another. An IP address is essential for identifying a device on the internet or within a local network, facilitating smooth communication between devices.

47. IP addresses are not freely accessible. If an individual is not actively sending data packets out, their IP address remains private and is not broadcast to the wider internet.

48. IP addresses can be used to determine the approximate physical location of a device. For example, services like iplocation.io use databases that map IP addresses to geographic areas—often providing information about the country, city, approximate latitude and longitude coordinates, or even the internet service provider associated with the public IP.[25] Thus, knowing a user's public IP address—and therefore geographical location—"provide[s] a level of specificity previously unfound in marketing."[26]

49. An IP address allows advertisers to (i) "[t]arget [customers by] countries, cities, neighborhoods, and … postal code"[27] and (ii) "to target specific households, businesses[,] and even

[24] *See, e.g.*, https://www.cloudflare.com/learning/network-layer/internet-protocol/ (last visited Dec. 23, 2024); https://netbeez.net/blog/rfc1918/ (last visited Dec. 23, 2024).

[25] https://iplocation.io/ (last visited Dec. 23, 2024).

[26] *IP Targeting: Understanding This Essential Marketing Tool*, ACCUDATA (Nov. 20, 2023), https://www.accudata.com/blog/ip-targeting/.

[27] *Location-Based Targeting That Puts You in Control*, CHOOZLE, https://choozle.com/geotargeting-strategies/.

individuals with ads that are relevant to their interests."[28] Indeed, "IP targeting is one of the most targeted marketing techniques [companies] can employ to spread the word about [a] product or service"[29] because "[c]ompanies can use an IP address … to personally identify individuals."[30]

50. In fact, an IP address is a common identifier used for "geomarketing," which is "the practice of using location data to identify and serve marketing messages to a highly-targeted audience. Essentially, geomarketing allows [websites] to better serve [their] audience by giving [them] an inside look into where they are, where they have been, and what kinds of products or services will appeal to their needs."[31] For example, for a job fair in specific city, companies can send advertisements to only those in the general location of the upcoming event.[32]

51. "IP targeting is a highly effective digital advertising technique that allows you to deliver ads to specific physical addresses based on their internet protocol (IP) address. IP targeting technology works by matching physical addresses to IP addresses, allowing advertisers to serve ads to specific households or businesses based on their location."[33]

52. "IP targeting capabilities are highly precise, with an accuracy rate of over 95%. This means that advertisers can deliver highly targeted ads to specific households or businesses, rather than relying on more general demographics or behavioral data."[34]

---

[28] Herbert Williams, *The Benefits of IP Address Targeting for Local Businesses*, LinkedIn (Nov. 29, 2023), https://www.linkedin.com/pulse/benefits-ip-address-targeting-local-businesses-herbert williams-z7bhf.

[29] *IP Targeting: Understanding This Essential Marketing Tool*, AccuData (Nov. 20, 2023), https://www.accudata.com/blog/ip-targeting/.

[30] Trey Titone, *The Future Of IP Address As An Advertising Identifier*, Ad Tech Explained (May 16, 2022), https://adtechexplained.com/the-future-of-ip-address-as-an-advertising-identifier/.

[31] *See, e.g.*, *The Essential Guide to Geomarketing: Strategies, Tips & More*, Deep Sync (Nov. 20, 2023), https://deepsync.com/geomarketing/.

[32] *See, e.g.*, *Personalize Your Website And Digital Marketing Using IP Address*, GeoFli, https://geofli.com/blog/how-to-use-ip-address-data-to-personalize-your-website-and-digital-marketing-campaigns.

[33] *IP Targeting*, Savant DSP, https://www.savantdsp.com/ip-targeting?gad_source=1&gclid=Cj0KCQjw1Yy5BhD-ARIsAI0RbXZJKJSqMI6p1xAxyqai1WhAiXRJTbX8qYhNuEvIfSCJ4jfOV5-5maUaAgtNEALw_wcB.

[34] *Id.*

53. In addition to "reach[ing] their target audience with greater precision," businesses are incentivized to use a customer's IP address because it "can be more cost-effective than other forms of advertising."[35] "By targeting specific households or businesses, businesses can avoid wasting money on ads that are unlikely to be seen by their target audience."[36]

54. In addition, "IP address targeting can help businesses to improve their overall marketing strategy."[37] "By analyzing data on which households or businesses are responding to their ads, businesses can refine their targeting strategy and improve their overall marketing efforts."[38]

55. Putting IP addresses in the hands of companies like Reddit is particularly invasive, as the NATO report noted:

> [a] data broker may receive information about a[] [website] user, including his … IP address. The user then opens the [website] while his phone is connected to his home Wi-Fi network. When this happens, the data broker can use the IP address of the home network to identify the user's home, and append this to the unique profile it is compiling about the user. If the user has a computer connected to the same network, this computer will have the same IP address. The data broker can then use the IP address to connect the computer to the same user, and identify that user when their IP address makes requests on other publisher pages within their ad network. Now the data broker knows that the same individual is using both the phone and the computer, which allows it to track behavior across devices and target the user and their devices with ads on different networks.[39]

56. Indeed, as McAfee (a data security company) notes, "data brokers can … even place trackers or cookies on your browsers … [that] track your IP address and browsing history, which third parties can exploit."[40]

---

[35] Williams, https://www.linkedin.com/pulse/benefits-ip-address-targeting-local-businesses-herbert-williams-z7bhf.

[36] *Id.*

[37] *Id.*

[38] *Id.*

[39] TWETMAN & BERGMANIS-KORATS, *supra* at 11.

[40] Jasdev Dhaliwal, *How Data Brokers Sell Your Identity*, MCAFEE (June 4, 2024), https://www.mcafee.com/blogs/tips-tricks/how-data-brokers-sell-your-identity/.

57. In other words, not only does the collection of IP addresses by Defendant cause harm in and of itself, the Defendant specifically attaches IP addresses to comprehensive user profiles, tracking Plaintiff and Class Members across the Internet using their IP addresses in conjunction with other data and compiling vast reams of other personal information in the process.

58. For these reasons, under Europe's General Data Protection Regulation, IP addresses are considered "personal data, as they can potentially be used to identify an individual."[41]

59. Likewise, under the California Consumer Privacy Act, IP addresses are considered "personal information" because they are "reasonably capable of being associated with, or could reasonably be linked, directly or indirectly, with a particular consumer or household." Cal. Civ. Code § 1798.140(v)(1)(A).[42]

*2. Mobile Advertising Identifiers*

60. Reddit employs similar methods to track individuals using mobile apps on Android and iOS devices.

61. Reddit owns and operates "application programming interfaces" (APIs) and are loaded into mobile apps and can track users' activity on certain apps.[43]

62. An API "acts an intermediary layer that processes data transfer between systems, letting companies open their application data and functionality to external third-party developers [and] business partners."[44] An API can "work[] as a standalone solution or included within an SDK … [A]n SDK often contains at least one API."[45] APIs "enable[] companies to open up their

[41] IS AN IP ADDRESS PERSONAL DATA?, CONVESIO, https://convesio.com/knowledgebase/article/is-an-ip-address-personal-data/; *see also* WHAT IS PERSONAL DATA?, EUROPEAN COMMISSION, https://commission.europa.eu/law/law-topic/data-protection/reform/what-personal-data_en.

[42] A "consumer" is defined as "a natural person who is a California resident." Cal. Civ. Code § 1798.140(i).) A "household" is defined as "a group … of consumers who cohabitate with one another at the same residential address and share use of common devices or services." Cal. Civ. Code § 1798.140(1).)

[43] https://www.ibm.com/blog/sdk-vs-api/ ("SDK" stands for software development kit and "is a set of software-building tools for a specific program," while "API" stands for application programming interface) (last visited Dec. 23, 2024).

[44] IBM, *What is an API?*, available https://www.ibm.com/topics/api.

[45] SDK VS. API: WHAT'S THE DIFFERENCE?, IBM (July 13, 2011), https://www.ibm.com/blog/sdk-vs-api/ ("SDK" stands for software development kit and "is a set of software-building tools for a specific program," while "API" stands for application programming interface).

applications' [or websites'] data and functionality to external third-party developers, business partners, and internal departments within their companies."[46]

63. Reddit explains that it "may receive demographic or interest information about you from third parties, including advertisers (such as the fact that an advertiser is interested in showing you an ad), and combine it with data you have provided to Reddit, using a common account identifier such as a hash of an email address or a mobile-device ID." This means that Reddit collects mobile identifiers of Website and App users, combines them with information receives from third parties, and integrates them into its profiles of Website and App users.[47]

64. For example, Reddit collects advertising identifiers that are designed to track the App activity of individual users across different apps and websites. Two of the most prominent are AAIDs (for Android devices) and IDFAs (for iOS devices) (collectively, "Mobile Advertising IDs" or "MAIDs").[48]

65. An AAID is a unique string of numbers which attaches to a device. As the name implies, an AAID is sent to advertisers and other third parties so they can track user activity across multiple mobile applications.[49] So, for example, if a third party collects AAIDs from two separate mobile applications, it can track, cross-correlate, and aggregate a user's activity on both apps.

66. Although technically resettable, an AAID is a persistent identifier because virtually no one knows about AAIDs and, correspondingly, virtually no one resets that identifier. The fact that the use and disclosure of AAIDs is so ubiquitous evinces an understanding on the part of Defendant, Google, and others in the field that they are almost never manually reset by users (or else an AAID would be of no use to advertisers). Byron Tau, Means of Control: How the Hidden Alliance of Tech and Government is Creating a New American Surveillance State at 175 (2024) ("Like me, most people had no idea about the 'Limit Ad Tracking' menu on their iPhones or the

---

[46] APPLICATION PROGRAMMING INTERFACE (API), https://www.ibm.com/cloud/learn/api.

[47] *Reddit Privacy Policy*, REDDIT, https://www.reddit.com/policies/privacy-policy (last updated Jan. 6, 2026)

[48] *See id.*

[49] https://support.google.com/googleplay/android-developer/answer/6048248 (last visited Dec. 23, 2024).

AAID that Google had given even Android devices. Many still don't."); *see also Louth v. NFL Enterprises LLC*, 2022 WL 4130866, at *3 (D.R.I. Sept. 12, 2022) ("While AAID are resettable by users, the plaintiff plausibly alleges that AAID is a persistent identifier because virtually no one knows about AAIDs and, correspondingly, virtually no one resets their AAID.") (cleaned up).

67. Using publicly available resources, an AAID can track a user's movements, habits, and activity on mobile applications.[50] Put together, the AAID serves as "the passport for aggregating all of the data about a user in one place."[51]

68. Because an AAID creates a record of user activity, this data can create inferences about an individual, like a person's political or religious affiliations, sexuality, or general reading and viewing preferences. These inferences, combined with publicly available tools, make AAIDs an identifier that sufficiently permits an ordinary person to identify a specific individual.

69. Similarly, an "Identifier for Advertisers, or IDFA for short, is a unique, random identifier (device ID) that Apple assigns to every iOS device. An IDFA would be the equivalent of a web cookie, in the sense that it enables advertisers to monitor users' engagement with their ads, and keep track of their post-install activity."[52]

70. As with the Reddit Pixel and collection of AAIDs, Reddit's collection of IDFAs allows Redd to track iOS users' activity across the various apps they use. Like the AAID, this data can create inferences about an individual, such as a person's political or religious affiliations, sexuality, or general reading and viewing preferences. These inferences, combined with publicly available tools, sufficiently permits even an ordinary person to identify a specific individual with the IDFA.

71. Regardless of whether these IDs are supposed to be anonymous, MAIDs are often combined with other identifiers to identify users in what is known as ID Bridging. "ID Bridging" is the process of "piecing together different bits of information about" a user "to confidently infer that

---

[50] https://www.huffingtonpost.co.uk/entry/using-just-1000-worth-of-mobile-adverts-you-can-effectively-track-anyone_uk_59e87ccbe4b0d0e4fe6d6be5 (last visited Dec. 23, 2024).

[51] https://digitalwatchdog.org/trend-report-apps-oversharing-your-advertising-id/ (last visited Dec. 23, 2024).

[52] https://www.appsflyer.com/glossary/idfa/ (last visited Dec. 23, 2024).

it is the same individual accessing a publisher's site or sites from various devices or browsers."[53] That is, users can be identified and tracked by "bridging" (or linking) their MAIDs to other sources, such as e-mail addresses, geolocation, or phone numbers.




72. ID Bridging "has long been the foundation of programmatic advertising,"[54] which is the process by which companies "use [] advertising technology to buy and sell digital ads" by "serv[ing] up relevant ad impressions to audiences through automated steps, in less than a second."[55] It entails a "unique identifier[] assigned to individual devices," including "Google's Advertising ID," personal information like geolocation and e-mail address, and "cross-platform linkage."[56]

73. ID Bridging is a money-making machine for advertisers and app developers. On the advertiser side, ID Bridging "increase the chances of an ad buying platform finding their inventory to be addressable and, therefore, maximizes their 'ad yields.'" And on the app developer side,

[53] Kayleigh Barber, *WTF Is The Difference Between Id Bridging And Id Spoofing?*, DIGIDAY (July 8, 2024, https://digiday.com/media/wtf-is-the-difference-between-id-bridging-and-id-spoofing/.

[54] https://www.adexchanger.com/data-driven-thinking/how-can-id-bridging-the-foundation-of-our-space-suddenly-be-a-bad-thing/.

[55] PROGRAMMATIC ADVERTISING, https://advertising.amazon.com/blog/programmatic-advertising#.

[56] Anete Jodzevica, *ID Bridging: The Privacy-First Future of Audience Targeting*, SETUPAD (Nov. 15, 2024), https://setupad.com/blog/id-bridging/. Ironically, the example given in this article is a "hashed e-mail," where the e-mail Defendant collected in this example is not hashed.

"publishers can boost revenue from direct-sold campaigns by offering advertisers access to more defined and valuable audiences."[57]

74. In other words, advertisers will be able to find users that are more directly and likely interested in what is being sold by having access to significantly more information. And app users' information will be more valuable (and therefore, bring in more money to app developers) because it is combined with a plethora of other information from various sources.

75. Many companies (*e.g.*, data brokers, identity graph providers), publicly advertise their ability to conduct such bridging. And Reddit itself has touted the benefits of ID Bridging, noting that Reddit Ads users can engage in "Automatic Advanced Matching." "Auto-advanced matching (AAM) uses customer-provided information to associate them with their conversion activity for better ad metrics. This feature ingests your site to collect relevant match keys," which are "user identifiers that help improve conversion measurement," and can "[i]mprove attribution accuracy and capture more conversions with reliable identifiers, especially email addresses" and "[e]nhance cross-device tracking."[58]

76. This allows Reddit Ads users to match their customer-provided information to Reddit's collected data to track "conversion activity for better ad metrics." Reddit explains that "this data will be normalized and hashed with SHA-256 before the Pixel receives it."[59]

77. Put simply, Reddit's auto-advanced matching is a type of ID bridging, which enables an advertiser to extend user identification beyond the scope of one browser or device.[60]

78. Yet, while those within the ID Bridging industry describe it as privacy-protective, it is anything but. As courts have noted, the "ability to amass vast amounts of personal data for the

---

[57] Bennett Crumbling, *What Is 'ID Bridging' And How Publishers Use It To Grow Direct And Programmatic Revenue?*, OPTABLE (Aug. 22, 2024. https://www.optable.co/blog/what-is-id-bridging.

[58] *About Match Keys,* REDDIT, https://business.reddithelp.com/s/article/about-match-keys (last accessed Feb. 2026)

[59] *Id.*

[60] *See, e.g.*, Budi Tanzi, *New OpenRTB Specs Ensure Identity Resolution Can Be Done Transparently With Trusted Partners*, EXPERIAN (Dec. 18, 2024), https://www.experian.com/blogs/marketing-forward/new-openrtb-specs-ensure-identity-resolution-can-be-done-transparently-with-trusted-partners/.

purpose of identifying individuals and aggregating their many identifiers" creates "dossiers which can be used to further invade [users] privacy by allowing third parties to learn intimate details of [users'] lives, and target them for advertising, political, and other purposes, ultimately harming them through the abrogation of their autonomy and their ability to control dissemination and use of information about them." *Katz-Lacabe v. Oracle Am., Inc.*, 688 F. Supp. 3d 928, 940 (N.D. Cal. 2023) (cleaned up).

79. In February 2019, Oracle published a paper entitled "Google's Shadow Profile: A Dossier of Consumers Online and Real World Life," part of which provides as accurate a description of Google's services (and Reddit's, as Defendant):

> a consumer's "shadow profile" [is a] massive, largely hidden dataset[] of online and offline activities. This information is collected through an extensive web of … services, which is difficult, if not impossible to avoid. It is largely collected invisibly and without consumer consent. Processed by algorithms and artificial intelligence, this data reveals an intimate picture of a specific consumer's movements, socio-economics, demographics, "likes", activities and more. It may or may not be associated with a specific users' name, but the specificity of this information defines the individual in such detail that a name is unnecessary.[61]

80. In other words, ID Bridging is dangerous because of the sheer expanse of information being compiled by companies like Defendant Reddit without the knowledge or consent of users, all of which is being done for pecuniary gain.

*3. Email Addresses*

81. Perhaps even more invasive than any other identifier, the Reddit Pixel's mass collection of email addresses from websites and apps represents a grave privacy violation. The logic of this is straightforward. If Reddit collects the same e-mail address from two different site visits, it can determine with almost total accuracy that the sites are both being visited by the same person. The same is true of devices. If the same e-mail address is captured on two different devices, it is very likely those devices are used by the same individual.

---

[61] GOOGLE'S SHADOW PROFILE: A DOSSIER OF CONSUMERS ONLINE AND REAL WORLD LIFE at 1 (Feb. 2019), https://tinyurl.com/2mtuh7vf.

82. Although Defendant collects hashed SHA256[62] e-mail addresses, the reality is that "the match between your email and its hash is probably already circulating widely and companies are marking money from it."[63] Given the availability online of such "leaked" email/hashed email matches, entities are merely "pretend[ing]to protect your privacy"[64] through SHA-256 and/or other hashing algorithms.

83. The Federal Trade Commission has warned companies for over a decade—including as recently as July 24, 2024—that hashing is an insufficient method of anonymizing information.[65]

84. Thus, even in hashed form, email addresses are traceable to individuals.

85. Location information functions in a similar manner. If multiple websites or apps are visited from the same location, the pool of potential individuals who are accessing the website or app is narrowed considerably immediately and can be narrowed to a pinpoint over time.

86. HTTP requests, when intercepted by Reddit, collect device information that can also identify whether the same user is visiting multiple sites or apps, and can distinguish between the devices being used by a particular person. With every visit, and every subsequent HTTP request, the device information will be identical in each.

**B. Interception of Communications**

87. The Reddit Pixel also intercepts millions of communications with websites and apps through the interception of full-string URLs.

---

[62] DEFINITION OF HASH, https://www.pcmag.com/encyclopedia/term/hash; *see also Automated Advanced Matching*, REDDIT (last accessed Feb. 2026), https://business.reddithelp.com/s/article/automated-advanced-matching

[63] PIXEL DE TRACKING, GUERLAIN (LVMH): LUXURY AND SURVEILLANCE, https://www-pixeldetracking-com.translate.goog/fr/votre-email-comme-vecteur-de-surveillance-ultime-illustration-avec-guerlain?_x_tr_sl=fr&_x_tr_tl=en&_x_tr_hl=en&_x_tr_pto=sc.

[64] *Id.*

[65] Ed Felten, *Does Hashing Make Data "Anonymous"?*, Federal Trade Commission (Apr. 22, 2012), https://www.ftc.gov/policy/advocacy-research/tech-at-ftc/2012/04/does-hashing-make-data-anonymous ("[H]ashing is vastly overrated as an 'anonymization' technique … the casual assumption that hashing is sufficient to anonymize data *is risky at best, and usually wrong.*") (emphasis added); *No, Hashing Still Doesn't Making Your Data Anonymous*, Federal Trade Commission (July 24, 2024) ("[H]ashes aren't 'anonymous' and can still be used to identify users, and their misuse can lead to harm. Companies should not act or claim as if hashing personal information renders it anonymized.").

88. Reddit, through and with its Advertising Partners' tags and tag manager solutions—including via the Reddit Pixel— is collecting the Universal Resource Locator (URL) of the webpages visited by users of websites where the Reddit Pixel is installed.

89. Sometimes known as a "web address," the URL is the name of the webpage as displayed in the address bar of a browser.

90. Each page on a website has its own individual URL, allowing tags with access to the URL to see which pages of a website a particular internet user visited.

91. All URLs identify the pages of each page of a website an internet user visited.

92. For example, when viewing an article on the Zillow website, the full name of the Article is included in the URL:




referer
https://www.zillow.com/homedetails/11726-Balboa-Blvd-Granada-Hills-CA-91344/20110219_zpid/

93. As such, any tag that intercepts the URL on this page also intercepts the titles of the content the users view. This process works similarly on other websites.

94. Reddit, through its Advertising Partners' tags and tag manager solutions, and via the Reddit Pixel, collects the URLs and any information that can be gleaned or inferred from those URLs are added to the profiles that Reddit has for that particular Website or App user.

## III. REDDIT'S ADVERTISING PRODUCTS

95. Reddit does not collect such a wide breadth of information for no reason, it uses the information it collects to target advertising on and off Reddit.

### A. Reddit Ads

96. Reddit Ads is Reddit's suite of advertising tools. It offers marketing solutions to

advertisers, companies and brands who wish to advertise products or services on Reddit's platform.

97. Reddit advertises "Reddit ad targeting" as part of its Reddit Ads platform.

98. Reddit ad targeting allows users to "reach the right redditors." Users can implement multiple types of targeting, including interest targeting, community targeting, keyword targeting, automated targeting, custom targeting, gender targeting, device targeting, and location targeting.[66]

99. "[I]nterest targeting helps you lean into specific groups of redditors across 100K communities. Whether it's gaming, gardening, or gourmet cooking, target audiences based on the content they've interacted with."[67]

100. For community targeting, advertisers can "[r]each people based on the Reddit communities they're engaged with—and with over 100K communities and conversations on millions of topics to target, there's a niche for every business."[68]

101. "Keyword targeting lets you hone in on users engaging with conversation threads containing specific keywords, creating hyper-relevant context. We'll also suggest trending keywords to amplify your reach."[69]

102. "Automated targeting on Reddit uses machine learning to reach users beyond the advertiser's initial targeting selections when it's likely to improve performance."[70]

103. Gender targeting "lets you customize your Reddit ads for specific genders. You'll get detailed insights on impressions, clicks, click-through rates, and cost per click segmented by gender."[71]

104. "Device targeting lets you tailor ads to redditors on different devices. To get even more granular, target redditors based on their cell phone carrier in the US, Canada, and the UK."[72]

---

[66] *Reddit ad targeting*, REDDIT, https://www.business.reddit.com/advertise/targeting (last accessed Feb. 4, 2026)
[66] *Id.*
[67] *Id.*
[68] *Id.*
[69] *Id.*
[70] *Id.*
[71] *Id.*
[72] *Id.*

105. To engage in custom targeting, advertisers can "use Pixel Retargeting, Reddit Engagement Retargeting, Customer Lists, and Third-Party Audience Segments to guide familiar faces further down the funnel. Use both Reddit Pixel and the Conversion API to track redditors who have interacted with your website and to craft personalized ads to keep them engaged."[73]

106. Location targeting allows advertisers to "[k]eep their ads contextually relevant with location targeting." It allows advertisers to make sure their "ads are seen by redditors in specific countries, states, zip codes, or Designated Market Areas (DMAs) in the US."[74]

107. As part of Reddit Ads' "custom audiences" capabilities, Reddit allows users to "[c]reate or upload a list of redditors to target. These are built using privacy-safe emails and mobile advertising IDs (MAIDS)."[75]

108. Reddit Ads' "custom audiences" functionality allows advertisers to essentially upload a set of data to Reddit, which can then match, improve or further contextualize "profiles" on those advertisers' customers.

109. As part of Reddit Ads' "signal measurement" capabilities, Reddit Ads encourages advertisers to "[p]ass event and user identifiers to improve conversion measurement, strengthen attribution, and improve retargeting and cross-device tracking."[76]

110. Reddit goes on to explain that "[c]ustomer match keys are user identifiers that help improve conversion measurement," which can "[i]mprove attribution accuracy and capture more conversions with reliable identifiers, especially email addresses" and "[e]nhance cross-device tracking. Attribute conversions more accurately by tracking user interactions across multiple devices and platforms." Using customer match keys can also "[i]mprove retargeting. Create more precise and reliable retargeting audience lists based on specific user actions, leading to higher conversion rates." [77]

---

[73] *Id.*
[74] *Id.*
[75] *Custom Audiences*, REDDIT, https://business.reddithelp.com/s/article/custom-audiences (last accessed Feb. 2026)
[76] *About Match Keys,* REDDIT, https://business.reddithelp.com/s/article/about-match-keys (last accessed Feb. 2026)
[77] *Id.*

111. Reddit Ads suggest sharing matching signals such as email addresses ("a highly available persistent signal that is resilient to signal loss. We strongly recommend enabling it to track cross-platform conversions and strengthen attribution"); Reddit click IDs ("A unique click ID to attribute click conversions more accurately"); phone numbers; external IDs ("An advertiser-assigned custom identifier that enhances match accuracy. We recommend passing an external ID with its corresponding click ID whenever possible"); Reddit UUID ("A unique ID generated by the Reddit Pixel when it's installed on your website"); and mobile advertising IDs ("A user's unique mobile advertising ID. This is either Android's AAID (Android Advertising ID) or Apple's IDFA (Identifier for Advertisers)").[78]

112. Reddit Ads also touts its use of device matching identifiers, which "help attribute view conversions, especially when a click ID or customer match keys aren't passed. We recommend passing as many parameters as possible, but IP address must be passed at the minimum."[79]

113. In other words, Reddit compiles comprehensive data on its users through their interactions on and off Reddit. Reddit then augments or matches the information of its end users with profile data provided by Reddit Ad clients to make that information more valuable to advertisers by aggregating that information into a consolidated profile, thereby driving advertisers' revenue.

**B. Reddit Ad Targeting and Audience Segmentation**

114. As described, *supra*, Reddit claims its ad targeting allows Reddit Ads clients to "reach niche subreddits" and "get your message to your customers" via interest targeting, community targeting, keyword targeting, automated targeting, custom targeting, gender targeting, device targeting, and location targeting.[80]

115. This means Reddit's ad targeting allows advertisers to reach audiences based on interests and behaviors, as well as users' gender, device information, and location.

---

[78] *Id.*
[79] *Id.*
[80] *Reddit ad targeting*, REDDIT, https://www.business.reddit.com/advertise/targeting (last accessed Feb. 4, 2026)

116. Reddit's ad targeting is a form of audience segmentation, otherwise understood as "the process of grouping people based on shared characteristics. These groups, or audience segments, can be used to create more targeted campaigns, and tailored messaging that resonate with your target audiences."[81]

117. By breaking its audience down into categories by numerous metrics, Reddit is able to better monetize its user base and target personalized advertising to them for profit.

118. Reddit's audience segmentation capabilities are made possible by the information it collects from users and also third parties.

119. Reddit admits it collects information from other sources, "including from other users and third parties." Reddit "combine[s] that information with the other information we have about you. For example, we may receive demographic or interest information about you from third parties, including advertisers (such as the fact that an advertiser is interested in showing you an ad), and combine it with data you have provided to Reddit, using a common account identifier such as a hash of an email address or a mobile-device ID."[82]

120. Reddit also receives "information about you, including log and usage data and cookie information, from third-party sites that integrate our Services, including our embeds and advertising technology. For example, when you visit a site that uses Reddit Embeds, we may receive information about the web page you visited. Similarly, if an advertiser incorporates Reddit's ad technology, Reddit may receive limited information about your activity on the advertiser's site or app, such as whether you bought something from the advertiser."[83]

121. In this way, Reddit has a symbiotic relationship with publishers and advertisers who use its Reddit Ads tools to collect behavior and profile data at the more granular level.

122. Reddit collects and compiles vast amounts of Internet users' activity on a wide variety of websites through its own tracking methods, and also through its integrations with third parties that use its ad technology.

---

[81] *Audience segmentation: How to perfect it for your marketing,* GWI (last accessed Jan. 2026), https://www.gwi.com/blog/audience-segmentation

[82] *Id.*

[83] *Id.*

123. Upon information and belief, Reddit enhances and combines the data it collects itself and from third parties – i.e. "maps" the data – through its own protocols, allowing it to create detailed profiles for its millions of users.

124. The Reddit Ads API partners that Plaintiff is currently aware of that engage in this practice include but are not limited to Twilio, Demandbase, Kochava, LiveRamp, Tealium, and TransUnion.[84] However, there are hundreds if not thousands more Advertising Partners.

125. Reddit can pair this information to any it has otherwise collected about the user and has compiled into a profile of the user that Reddit maintains, as alleged below.

### C. Identity Resolution

126. In addition to its own tracking of Website and App users across the internet, Reddit engages in a process known as identity resolution – what it calls Advanced Matching. Advanced Matching can be an automatic process, or manually enabled by Reddit Ads users.

127. Identity resolution is the technology marketing term for the process of data tracking described above. As Reddit describes it:

> Auto-advanced matching uses customer-provided information to associate them with their conversion activity for better ad metrics [... and Manual Advanced Matching allows users to] gain more accurate conversion tracking by passing one or more hashed or unhashed advanced matching signals with every conversion event.[85]

128. In plain language, identity resolution is the culmination of Reddit's and its Advertising Partners' tracking, where Reddit matches an App or Website user to a larger record of their web and app activity for the purpose of targeted advertising.

129. Once sufficient data has been collected on an individual, Reddit monetizes the individual's data in a number of ways. One way is to provide individuals' identities and web browsing information to its Advertising Partners to assist with those companies' serving targeted ads to internet users.

---

[84] *Find a Reddit Ads API Partner*, REDDIT, https://www.business.reddit.com/solutions/find-api-partners-index (last accessed Feb., 2026)

[85] *Automated Advanced Matching*, REDDIT, https://business.reddithelp.com/s/article/automated-advanced-matching (last accessed Feb. 2026); *see also Manual Advanced Matching for Developers,* REDDIT, https://business.reddithelp.com/s/article/advanced-matching-for-developers (last accessed Feb. 2026)

130. When an Advertising Partner implements Reddit's Pixel, the Conversions API, or Reddit cookies or technology on its website, Reddit compiles the information of users interacting with an Advertising Partner's technology or trackers on that website. It then synthesizes that data with its data on its App users.

131. With respect to the delivery of targeted advertisements on websites and its own Website and App, Reddit's ID syncing makes the entire real-time-bidding process possible by identifying the individual visiting the site and providing information about their activity and interests. This creates the basis for hyper-targeted advertising related to that activity and those interests to be served. This ultimately benefits the website or app operator, as it makes their userbase more valuable because said users have been further identified and linked to other activity via the tags and tag manager solutions.

132. For these processes to happen, Reddit must necessarily share the information it collects on individual internet users with its partners.

133. The identity resolution service aids in the wiretapping and surveillance conducted by the Advertising Partners.

* * *

134. To summarize the proceeding allegations, Defendant deploys the Reddit pixel on hundreds or thousands of websites to collect as much information about users as possible to create comprehensive user profiles. These profiles are shared by Defendant with other entities (and vice versa) to compile as many details and attributes as possible. The profiles are offered up for sale to advertisers via Reddit Ads, where they become increasingly more valuable as advertisers know more about the user. Thus, Defendant increases the price premium that advertisers are willing to pay because Defendant's ability to match users up to comprehensive profiles allows users to be identified and more directly targeted based on an assortment of identifiers and interests.

135. Accordingly, Defendant is using its Trackers in conjunction with website and mobile application operators and to (i) de-anonymize users, (ii) offer users up for sale in real-time bidding, and (iii) allow website operators to maximum revenue by installing Defendant's Trackers

and allowing the Defendant to collect as much information about users as possible without consent.[86]

136. Of course, Defendant also benefits from this arrangement because websites and apps will want to employ Defendant's services to bring in more advertising revenue, meaning Defendant can continue to expand and grow the information they have about any consumers and add to consumers' profiles, which further perpetuates the value of Defendant's services.

## IV. DEFENDANT'S TRACKERS ARE PRESENT ON EACH OF THE SUBJECT WEBSITES AND ACROSS THE INTERNET

137. As part of their investigation, Plaintiff's counsel found and conducted testing on several websites to provide a sample of the widespread tracking and wiretapping of, and targeted advertising to, millions of Americans by Defendant. For each of the websites tested, there are hundreds or thousands of others where the same or similar information is collected.

138. Thus, the conduct alleged in this Complaint is *not* limited to the specific websites alleged below. Indeed, even Plaintiffs visited other websites where Plaintiffs' counsel found Reddit would have tracked them. Instead, these websites are merely examples of the types of data that Reddit collects, and the ways in which it surveils users across the Internet.

### A. Zillow

139. Zillow is an online real estate listing website, where website visitors can view properties to rent or buy and interact with landlords and real estate agents.

140. Unbeknownst to website visitors, the Reddit Pixel is loaded onto each page of the Zillow website.

141. The Reddit Pixel immediately loads tracking cookies onto the individual's browser in the manner described herein.

cookie
loid=000000001e7pe0qlaw.2.1733179494859.Z0FBQUFBQm5UamhtM1FBSmZIOHNHUV9yMlM0U
21YSGU0ZGdhNFhXeGE2NDNoRzhpWWgwSzlNVjRIMGM3Y242NGltc3M0U2ZSWnktckNYa2ZpM
1BXZGJzSnFmdjZVRjFPTWxXZmVnOWkxU05ia2stUVJieFh2TktmelhzSi1CUmZFOEgybXdqVTF3
RkE; csv=2

[86] Any purported "consent" obtained by third-party websites via cookie banners is invalid because those: (i) those often fail to honor the user's selected preference; (ii) fail to disclose data is being sent to a credit reporting agency for identity resolution; and (iii) Reddit is a third party to that interaction, engaging in the recording or decoding of data it has no direct right to access.

142. The Reddit Pixel also intercepts the detailed, full-string URL from each page of the Zillow website a user visits, as detailed above, thereby intercepting the user's communications with the website regarding which properties they are interested in.




```
:authority    alb.reddit.com
:method    GET
:path
/rp.gif?ts=1736790704960&id=a2_eb6hulyj70r7&event=Purchase&m.itemCount=undefined&m.value
=&m.valueDecimal=undefined&m.currency=undefined&m.transactionId=&m.customEventName=&m
.products=&m.conversionId=&uuid=dc4456f9-5243-4e31-a41f-4ba61177417e&aaid=&em=&external
_id=&idfa=&integration=gtm&opt_out=0&sh=3072&sw=1728&v=rdt_b192616d&dpm=&dpcc=&dprc=
:scheme    https
accept    image/avif,image/webp,image/apng,image/svg+xml,image/*,*/*;q=0.8
accept-encoding    gzip, deflate, br, zstd
accept-language    en-US,en;q=0.9
cache-control    no-cache
cookie
loid=000000001e7pe0qlaw.2.1733179494859.Z0FBQUFBQm5UamhtM1FBSmZlOHNHUV9yMlM0U
21YSGU0ZGdhNFhXeGE2NDNoRzhpWWgwSzlNVjRlMGM3Y242NGltc3M0U2ZSWnktckNYa2ZpM
1BXZGJzSnFmdjZVRjFPTWxXZmVnOWkxU05ia2stUVJieFh2TktmelhzSi1CUmZFOEgybXdqVTF3
RkE; csv=2
pragma    no-cache
priority    i
referer
https://www.zillow.com/homedetails/11726-Balboa-Blvd-Granada-Hills-CA-91344/20110219_zpid/
sec-ch-ua    "Google Chrome";v="131", "Chromium";v="131", "Not_A Brand";v="24"
sec-ch-ua-mobile    ?0
sec-ch-ua-platform    "Windows"
sec-fetch-dest    image
sec-fetch-mode    no-cors
sec-fetch-site    cross-site
user-agent    Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko)
Chrome/131.0.0.0 Safari/537.36
```

143. The Reddit Pixel also collects the user's browser and device information in the manner described herein.

```
sec-ch-ua    "Google Chrome";v="131", "Chromium";v="131", "Not_A Brand";v="24"
sec-ch-ua-mobile    ?0
sec-ch-ua-platform    "Windows"
sec-fetch-dest    image
sec-fetch-mode    no-cors
sec-fetch-site    cross-site
user-agent    Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko)
Chrome/131.0.0.0 Safari/537.36
```

144. Defendant then uses the information it collects to link the user to a de-anonymized profile and adds any new information to that profile. This profile is connected to the ID assigned to the individual, and to the individual's email address and phone number, and added to Defendant's advertising products described herein. This data added to an individual's profile increases its value to advertisers—who can serve ads related to these keywords, sentiments, and information viewed—and Zillow—as its users are more valuable now that their information is being connected to Defendant's vast repository of information.

145. In addition, because of the setting of cookies and collecting of the user's device information, and email address, , Defendant tracks the future web activity of the individual and adds that information to its consumer profiles and tracking products, as well as connecting that information to users being offered up for sale to advertisers as part of the advertising process.

**B. Grubhub**

146. Grubhub is a website where users can order food and other items from local restaurants and businesses.

147. Unbeknownst to website visitors, the Reddit Pixel is loaded onto each page of the Grubhub website.

148. The Reddit Pixel immediately loads tracking cookies onto the individual's browser in the manner described herein.

cookie
loid=000000001e7pe0qlaw.2.1733179494859.Z0FBQUFBQm5UamhtM1FBSmZlOHNHUV9yMlM0U21YSGU0ZGdhNFhXeGE2NDNoRzhpWWgwSzlNVjRlMGM3Y242NGltc3M0U2ZSWnktckNYa2ZpM1BXZGJzSnFmdjZVRjFPTWxXZmVnOWkxU05ia2stUVJieFh2TktmelhzSi1CUmZFOEgybXdqVTF3RkE; csv=2
pragma no-cache
priority i
referer https://www.grubhub.com/


149. The Reddit Pixel also collects the user's browser and device information in the manner described herein.


referer https://www.grubhub.com/
sec-ch-ua "Not A(Brand";v="8", "Chromium";v="132", "Google Chrome";v="132"
sec-ch-ua-mobile ?0
sec-ch-ua-platform "Windows"
sec-fetch-dest image
sec-fetch-mode no-cors
sec-fetch-site cross-site
user-agent Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/132.0.0.0 Safari/537.36


150. The Reddit Pixel also intercepts a hashed version of the user's email address as described herein.


uuid b5604694-134c-47cd-9c5e-bd19e01f80dc
aaid
em 2a9a22d88b031064ea86ff104d1cabf6b14a866c2a4adf136def1330b49fecbb
external_id
idfa
integration reddit


151. Defendant then uses the information it collects to link the user to a de-anonymized profile and adds any new information to that profile. This profile is connected to the ID assigned to the individual, and to the individual's email address and phone number, and added to Defendant's advertising products described herein. This data added to an individual's profile increases its value to advertisers—who can serve ads related to these keywords, sentiments, and information viewed—and GrubHub—as its users are more valuable now that their information is being connected to Defendant's vast repository of information.

152. In addition, because of the setting of cookies and collecting of the user's device information, and email address, Defendant tracks the future web activity of the individual and adds that information to its consumer profiles and tracking products, as well as connecting that information to users being offered up for sale to advertisers as part of the advertising process.

## V. PLAINTIFFS' EXPERIENCES

### A. Plaintiff Paul Babbini

153. Plaintiff Babbini, while in California, visited at least 11 websites where Defendant's Reddit Pixel was present, including websites where Defendant is able to gather a wide variety of sensitive information on Plaintiff such as Zillow.com, Grubhub.com, Healthline.com, nerdwallet.com, and americanexpress.com.

154. On each of these websites, Reddit pixel operated in the manner described above, setting cookies on Plaintiff Babbini's browser, so he can be identified on other websites, and intercepting his communications with the websites, and collecting identifying information such as his email address and device information. Specifically, Defendant intercepted in real time, at a minimum, the URL of each page he viewed on the Zillow website and his email address entered into the Grubhub website. Because the Reddit Tracker is designed to collect the same or similar information on each website where it is deployed, Plaintiff reasonably believes similar information was collected on other websites in the same manner.

155. Defendant used the information collected by the Reddit Pixel to:

(a) identity Plaintiff Babbini and either create a new profile of him or match him to a pre-existing profile;

(b) enable each website and Partner to sell Plaintiff Babbini's information to advertisers for hyper-targeted advertising based on the information collected by the Reddit Pixel on the websites and the information contained on any profiles of Plaintiff Babbini (which are linked to Plaintiff via the information collected by Defendant on the websites);

(c) enable the websites and advertising partners to target Plaintiff Babbini with advertisements and serve advertisements on Plaintiff based on the

information collected and the information contained on any profiles of Plaintiff (which are linked to Plaintiff via the information collected by Defendant on the websites); and

(d) de-anonymize Plaintiff Babbini and generate revenue from the sale of his information—both what is collected on the websites and the profiles this information is linked to—to advertisers, thus boosting the websites' revenue and the value of Defendant's services.

156. By using the cookies loaded onto Plaintiff Babbini's browser, Defendant also tracked his future web browsing activity, wiretapped his future communications with websites, and shared the aggregated information with its databroker and advertising partners.

157. Plaintiff Babbini was unaware that Defendant was installing trackers on his browser, wiretapping his communications, deanonymizing his personal data, or collecting, selling, and disclosing his personal data, to advertising technology companies, other data brokers, or any person or entity doing business with Defendant. Nor could he have discovered these facts.

158. Plaintiff Babbini did not provide his prior consent to Defendant to install trackers on his browser, aid in the wiretapping of his communications, deanonymize his personal data, or collect, sell, and disclose his personal data, to advertising technology companies, other data brokers, or any person or entity doing business with Defendant. Nor did Defendant obtain a court order to do the same.

159. Plaintiff Babbini has, therefore, had his privacy invaded by Defendant's violations of the CIPA and ECPA, and Defendant has been unjustly enriched by enabling the disclosure and sale of the improperly collected data concerning Plaintiff Babbini.

**B. Plaintiff Michelle Smith**

160. Plaintiff Smith, while in California, visited over 20 websites where Defendant's Reddit Pixel was present, including websites where Defendant is able to gather a wide variety of sensitive information on her such as Zillow.com, Grubhub.com, Healthline.com and Coveredcalifornia.com.

161. On each of these websites, Reddit pixel operated in the manner described above, setting cookies on Plaintiff Smith's browser, so she can be identified on other websites, and intercepting her communications with the websites, and collecting identifying information such as her email address and device information. Specifically, Defendant intercepted in real time, at a minimum, the URL of each page she viewed on the Zillow website and her email address entered into the Grubhub website. Because the Reddit Tracker is designed to collect the same or similar information on each website where it is deployed, Plaintiff reasonably believes similar information was collected on other websites in the same manner.

162. Defendant used the information collected by the Reddit Pixel to:

a) identity Plaintiff Smith and either create a new profile of her or match him to a pre-existing profile;

b) enable each website and Partner to sell Plaintiff Smith's information to advertisers for hyper-targeted advertising based on the information collected by the Reddit Pixel on the websites and the information contained on any profiles of Plaintiff Smith(which are linked to Plaintiff via the information collected by Defendant on the websites);

c) enable the websites and advertising partners to target Plaintiff Smith with advertisements and serve advertisements on Plaintiff based on the information collected and the information contained on any profiles of Plaintiff (which are linked to Plaintiff via the information collected by Defendant on the websites); and

d) de-anonymize Plaintiff Smith and generate revenue from the sale of her information—both what is collected on the websites and the profiles this information is linked to—to advertisers, thus boosting the websites' revenue and the value of Defendant's services.

163. By using the cookies loaded onto Plaintiff Smith's browser, Defendant also tracked her future web browsing activity, wiretapped her future communications with websites, and shared the aggregated information with its databroker and advertising partners.

164. Plaintiff Smith was unaware that Defendant was installing trackers on her browser, wiretapping her communications, deanonymizing her personal data, or collecting, selling, and

disclosing her personal data, to advertising technology companies, other data brokers, or any person or entity doing business with Defendant. Nor could she have discovered these facts.

165. Plaintiff Smith did not provide her prior consent to Defendant to install trackers on her browser, aid in the wiretapping of her communications, deanonymize her personal data, or collect, sell, and disclose her personal data, to advertising technology companies, other data brokers, or any person or entity doing business with Defendant. Nor did Defendant obtain a court order to do the same.

166. Plaintiff Smith has, therefore, had her privacy invaded by Defendant's violations of the CIPA and ECPA, and Defendant has been unjustly enriched by enabling the disclosure and sale of the improperly collected data concerning Plaintiff Smith.

## CLASS ALLEGATIONS

167. **Class Definition:** Plaintiff seeks to represent a class of similarly situated individuals defined as follows:

> All persons in the United States who visited a website or mobile application where the Reddit Pixel was present.

168. **California Subclass**: Plaintiff also seeks to represent a subclass of similarly situated individuals defined as follows:

> All California residents who visited a website or mobile application where the Reddit Pixel was present while in California.

169. The Class and California Subclass shall be collectively referred to as the "Classes," and Members of the Class and Subclass will collectively be referred to as "Class Members," unless it is necessary to differentiate them.

170. Excluded from the Classes are Defendant, any affiliate, parent, or subsidiary of any Defendant; any entity in which any Defendant has a controlling interest; any officer director, or employee of any Defendant; any successor or assign of any Defendant; anyone employed by counsel in this action; any judge to whom this case is assigned, his or her spouse and immediate family members; and members of the judge's staff.

171. **Numerosity**. Members of the Class are so numerous that joinder of all members would be unfeasible and not practicable. The exact number of Class Members is unknown to Plaintiff currently; however, it is estimated that there are tens or hundreds of millions of individuals in the Classes. The identity of such membership is readily ascertainable from Defendant's records and non-party records, such as those of Defendant's customers and advertising partners.

172. **Typicality**. Plaintiffs' claims are typical of the claims of the Classes. Plaintiffs, like all Class Members, had their information intercepted and made available for sale by Defendant using comprehensive user profiles compiled about Plaintiffs.

173. **Adequacy**. Plaintiffs are fully prepared to take all necessary steps to represent fairly and adequately the interests of the Classes. Plaintiffs' interests are coincident with, and not antagonistic to, those of the members of the Classes. Plaintiffs are represented by attorneys with experience in the prosecution of class action litigation generally and in the field of digital privacy litigation specifically. Plaintiffs' attorneys are committed to vigorously prosecuting this action on behalf of the members of the Classes.

174. **Commonality/Predominance**. Questions of law and fact common to the members of the Classes predominate over questions that may affect only individual members because Defendant has acted on grounds generally applicable to the Classes. Such generally applicable conduct is inherent in Defendant's wrongful conduct. Questions of law and fact common to the Classes include:

(a) Whether Defendant's acts and practices alleged herein constitute egregious breaches of social norms;

(b) Whether Defendant acted intentionally in violating Plaintiffs' and Class Members' privacy rights under the California Constitution or common law;

(c) Whether Defendant was unjustly enriched because of their violations of Plaintiffs' and Class Members' privacy rights; and

(d) Whether Plaintiff and Class Members are entitled to damages under CIPA or any other relevant statute;

175. **Superiority**: Class action treatment is a superior method for the fair and efficient adjudication of the controversy. Such treatment will permit many similarly situated persons to prosecute their common claims in a single forum simultaneously, efficiently, and without the unnecessary duplication of evidence, effort, or expense that numerous individual actions would engender. The benefits of proceeding through the class mechanism, including providing injured persons or entities a method for obtaining redress on claims that could not practicably be pursued individually, substantially outweighs potential difficulties in management of this class action. Plaintiffs know of no special difficulty to that would be encountered by litigating this action that would preclude its maintenance as a class action.

## CAUSES OF ACTION

### COUNT I
### Intrusion Upon Seclusion

176. Plaintiffs repeat the allegations contained in the foregoing paragraphs as if fully set forth herein.

177. Plaintiffs bring this claim individually and on behalf of the Classes against Defendant.

178. Plaintiffs bring this claim pursuant to California law.

179. To state a claim for intrusion upon seclusion "[Plaintiff] must possess a legally protected privacy interest … [Plaintiff's] expectations of privacy must be reasonable … [and Plaintiff] must show that the intrusion is so serious in 'nature, scope, and actual or potential impact as to constitute an egregious breach of the social norms." *Hernandez v. Hillsides, Inc*. 47 Cal. 4th 272, 286-87 (2009).

180. Plaintiffs and Class Members have an interest in: (i) precluding the dissemination and/or misuse of their sensitive, confidential communications and information; and (ii) making personal decisions and/or conducting personal activities without observation, intrusion or interference, including, but not limited to, the right to visit and interact with various internet sites without being subjected to highly intrusive surveillance at every turn.

181. By conducting such widespread surveillance, Defendant intentionally invaded Plaintiffs' and Class Members' privacy rights, as well as intruded upon Plaintiffs' and Class Members' seclusion.

182. Plaintiffs and Class Members had a reasonable expectation that their communications, identities, personal activities, and other data would remain confidential.

183. Plaintiffs and Class Members did not and could not authorize Defendant to intercept data on every aspect of their lives and activities.

184. The conduct described herein is highly offensive to a reasonable person and constitutes an egregious breach of social norms, specifically including the following:

a. Defendant engages in widespread data collection and interception of Plaintiff' and Class Members' internet and app activity, including their communications with websites and apps, thereby learning intimate details of their daily lives based on the massive amount of information collected about them.

b. Defendant creates comprehensive profiles based on this online and offline data, which violates Plaintiffs' and Class Members' common law right to privacy and the control of their personal information.

c. Defendant sells or discloses improperly collected data about Plaintiff and Class Members, to an unknown number of advertisers for use in the Defendant's advertising network which likewise violates Plaintiffs' and Class Members' common law right to privacy and the control of their personal information.

185. Defendant's amassment of electronic information reflecting all aspects of Plaintiffs' and Class Members' lives into profiles for future or present use is in and of itself a violation of their right to privacy considering the serious risk these profiles pose to their autonomy.

186. In addition, those profiles are and can be used to further invade Plaintiffs' and Class Members' privacy by, for example, allowing third parties to learn intimate details of their lives and target them for advertising, political, and other purposes, as described herein, thereby harming them by selling this data to advertisers and other data brokers without their consent.

187. Accordingly, Plaintiffs and Class and California Subclass Members seek all relief available for invasion of privacy claims under common law.

**<u>COUNT II</u>**
**Violation Of The California Invasion of Privacy Act**
**Cal. Penal Code § 631(a)**

188. Plaintiffs repeat the allegations contained in the foregoing paragraphs as if fully set forth herein.

189. Plaintiffs bring this claim individually and on behalf of the California Subclass against Defendant.

190. The California Legislature enacted the CIPA to protect certain privacy rights of California citizens. The California Legislature expressly recognized that "the development of new devices and techniques for the purpose of eavesdropping upon private communications … has created a serious threat to the free exercise of personal liberties and cannot be tolerated in a free and civilized society." Cal. Penal Code § 630.

191. The California Supreme Court has repeatedly stated the "express objective" of CIPA is to "protect a person placing or receiving a call from a situation where the person on the other end of the line *permits an outsider to tap his telephone or listen in on the call*." *Ribas*, 38 Cal. 3d at 363 (emphasis added, internal quotations omitted). This restriction is based on the "substantial distinction … between the secondhand repetition of the contents of a conversation and *its simultaneous dissemination to an unannounced second auditor*, whether that auditor be a person or mechanical device." *Id.* at 361 (emphasis added). Such "simultaneous dissemination" "denies the speaker an important aspect of privacy of communication—the right to control the nature and extent of the firsthand dissemination of his statements." *Id.*; *see also Reporters Committee for Freedom of Press*, 489 U.S. at 763 ("[B]oth the common law and the literal understandings of privacy encompass the individual's control of information concerning his or her person.").

192. Further, "[t]hough written in terms of wiretapping, Section 631(a) applies to Internet communications." *Javier v. Assurance IQ, LLC*, 2022 WL 1744107, at *1 (9th Cir. May 31, 2022). Indeed, "the California Supreme Court regularly reads statutes to apply to new technologies where such a reading would not conflict with the statutory scheme." *In re Google Inc.*, 2013 WL

5423918, at *21 (N.D. Cal. Sep. 26, 2013). This accords with the fact that "the California Supreme Court has [] emphasized that all CIPA provisions are to be interpreted in light of the broad privacy-protecting statutory purposes of CIPA." *Javier*, 2022 WL 1744107, at *2. "Thus, when faced with two possible interpretations of CIPA, the California Supreme Court has construed CIPA in accordance with the interpretation that provides the greatest privacy protection." *Matera v. Google Inc.*, 2016 WL 8200619, at *19 (N.D. Cal. Aug. 12, 2016).

193. CIPA § 631(a) imposes liability for "distinct and mutually independent patterns of conduct." *Tavernetti v. Superior Ct.*, 22 Cal. 3d 187, 192-93 (1978). Thus, to establish liability under CIPA § 631(a), a plaintiff need only establish that the defendant, "by means of any machine, instrument, contrivance, or in any other manner," does any of the following:

> Intentionally taps, or makes any unauthorized connection, whether physically, electrically, acoustically, inductively or otherwise, with any telegraph or telephone wire, line, cable, or instrument, including the wire, line, cable, or instrument of any internal telephonic communication system,
>
> *Or*
>
> Willfully and without the consent of all parties to the communication, or in any unauthorized manner, reads or attempts to read or learn the contents or meaning of any message, report, or communication while the same is in transit or passing over any wire, line or cable or is being sent from or received at any place within this state,
>
> *Or*
>
> Uses, or attempts to use, in any manner, or for any purpose, or to communicate in any way, any information so obtained,
>
> *Or*
>
> Aids, agrees with, employs, or conspires with any person or persons to unlawfully do, or permit, or cause to be done any of the acts or things mentioned above in this section.

194. To avoid liability under CIPA § 631(a), a defendant must show it had the consent of *all* parties to a communication, and that such consent was procured *prior to* the interception occurring. *See Javier*, 2022 WL 1744107, at *2.

195. Defendant's Trackers are each a "machine, instrument, contrivance, or … other manner" used to engage in the prohibited conduct at issue here.

196. Defendant is a "separate legal entity that offers [a] 'software-as-a-service' and not merely [] passive device[s]." *Saleh v. Nike, Inc.*, 562 F. Supp. 3d 503, 520 (C.D. Cal. 2021). Further, Defendant has the capability to use the wiretapped information for a purpose other than simply recording the communications and providing the communications to website operators. Accordingly, Defendant was a third party to any communication between Plaintiff and California Subclass Members, on the one hand, and any of the websites at issue, on the other. *Id*. at 521; *see also Javier v. Assurance IQ, LLC*, 649 F. Supp. 3d 891, 900 (N.D. Cal. 2023).

197. At all relevant times, Defendant willfully and without the consent of all parties to the communication, and in an unauthorized manner, read, attempted to read, and learned the contents of the electronic communications of Plaintiffs and California Subclass Members, on the one hand, and the websites at issue, on the other, while the electronic communications were in transit or were being sent from or received at any place within California.

198. At all relevant times, Defendant uses those intercepted communications, including but not limited to building comprehensive user profiles that are offered for disclosure or sale to prospective advertisers.

199. The Reddit Pixel is programmed so that each event functions the same way across websites. Each event is triggered simultaneously with the user's corresponding action on a website and any intercepted information is therefore intercepted in real time.

200. Plaintiffs and California Subclass Members did not provide their prior consent to Defendant's intentional interception, reading, learning, recording, collection, and usage of Plaintiff's and California Subclass Members' electronic communications.

201. The wiretapping of Plaintiffs and California Subclass Members occurred in California, where Plaintiffs and California Subclass Members accessed the websites, where Defendant's Tracker was loaded on Plaintiffs' and California Subclass Members' browsers, and where Defendant routed Plaintiffs' and California Subclass Members' electronic communications to Defendant's servers.

202. Pursuant to Cal. Penal Code § 637.2, Plaintiffs and California Subclass Members have been injured by Defendant's violations of CIPA § 631(a), and each seeks statutory damages of $5,000 for each of Defendant's violations of CIPA § 631(a).

**COUNT III**
**Violation Of The California Invasion Of Privacy Act, Cal. Penal Code § 632**

203. Plaintiffs repeat the allegations contained in the foregoing paragraphs as if fully set forth herein.

204. Plaintiffs bring this claim individually and on behalf of the proposed California Subclass against Defendant.

205. Cal. Penal Code § 632 prohibits "intentionally and without the consent of all parties to a confidential communication," the "use[] [of] an electronic amplifying or recording device to eavesdrop upon or record the confidential communication."

206. Section 632 defines "confidential communication" as "any communication carried on in circumstances as may reasonably indicate that any party to the communication desires it to be confined to the parties thereto[.]"

207. Plaintiffs' and Class members' communications to websites and mobile applications, including their sensitive personal and financial information, were confidential communications for purposes of § 632, because Plaintiffs and Class Members had an objectively reasonable expectation of privacy in this data.

208. Plaintiffs and Class Members expected their communications to be confined to the websites and mobile applications in part, due to the protected nature of the information at issue. Plaintiffs and Class Members did not expect Defendant secretly eavesdrop upon or record this confidential information and their communications.

209. Defendant's tracking technology, i.e., the Reddit Pixel and Reddit Cookies, are all electronic amplifying or recording devices for purposes of § 632.

210. By contemporaneously intercepting and recording Plaintiffs' and Class Members' confidential communications to websites and mobile applications through this technology,

Defendant eavesdropped and/or recorded confidential communications through an electronic amplifying or recording device in violation of § 632 of CIPA.

211. At no time did Plaintiffs or Class Members consent to Defendant's conduct, nor could they reasonably expect that such a vast swath of their online communications would be overheard or recorded by Defendant.

212. Defendant utilized Plaintiffs' and Class Members' sensitive personal information for its own purposes, including for the construction of profiles and for targeted advertising.

213. Plaintiffs and Class Members seek statutory damages in accordance with § 637.2(a) which provides for the greater of: (1) $5,000 per violation; or (2) three times the amount of damages sustained by Plaintiffs and the Classes in an amount to be proven at trial, as well as injunctive or other equitable relief.

214. Plaintiffs and Class Members have also suffered irreparable injury from these unauthorized acts. Plaintiffs' and Class Members' sensitive data has been collected, viewed, accessed, stored, compiled, and widely sold and disseminated by Defendant, have not been destroyed, and due to the continuing threat of such injury, have no adequate remedy at law. Plaintiffs and Class Members are accordingly entitled to injunctive relief.

## COUNT IV
### Violation Of The California Invasion Of Privacy Act, Cal. Penal Code § 638.51(a)

215. Plaintiffs repeat the allegations contained in the foregoing paragraphs as if fully set forth herein.

216. Plaintiffs bring this claim individually and on behalf of the proposed California Subclass against Defendant.

217. CIPA § 638.51(a) proscribes any "person" from "install[ing] or us[ing] a pen register or a trap and trace device without first obtaining a court order."

218. A "pen register" is a "a device or process that records or decodes dialing, routing, addressing, or signaling information transmitted by an instrument or facility from which a wire or

electronic communication is transmitted, but not the contents of a communication." Cal. Penal Code § 638.50(b).

219. A "trap and trace device" is a "a device or process that captures the incoming electronic or other impulses that identify the originating number or other dialing, routing, addressing, or signaling information reasonably likely to identify the source of a wire or electronic communication, but not the contents of a communication." Cal. Penal Code § 638.50(c).

220. In plain English, a "pen register" is a "device or process" that records *outgoing* information, while a "trap and trace device" is a "device or process" that records *incoming* information.

221. For example, if a user sends an email, a "pen register" might record the email address it was sent from, because this is the user's *outgoing* information. On the other hand, if that same user receives an email, a "trap and trace device" might record the email address it was sent from, because this is *incoming* information that is being sent to that same user.

222. Historically, law enforcement used "pen registers" to record the numbers of outgoing calls from a particular telephone line, while law enforcement used "trap and trace devices" to record the numbers of incoming calls to that particular telephone line. As technology has advanced, however, courts have expanded the application of these surveillance devices. Indeed, Although CIPA was enacted before the dawn of the Internet, "the California Supreme Court regularly reads statutes to apply to new technologies where such a reading would not conflict with the statutory scheme." *In re Google Inc.*, 2013 WL 5423918, at *21 (N.D. Cal. Sep. 26, 2013).

223. Accordingly, courts have applied the CIPA to internet tracking technologies, including CIPA § 638.50, to trackers similar to those at issue here. *See*, *e.g.*, *Deivaprakash v. Condé Nast Digital*, --- F. Supp. 3d ---, 2025 WL 2541952, at *2-3 (N.D. Cal. Sept. 4, 2025) (finding tracker that collected IP address and device information was a "pen register" within the meaning of CIPA); *Fregosa v. Mashable, Inc.*, 2025 WL 2886399, at *1, *5-6 (N.D. Cal. Oct. 9, 2025) (same); *Shah v. Fandom, Inc*, 754 F. Supp. 3d 924, 930 (N.D. Cal. 2024) (same); *Mirmalek v. Los Angeles Times Communications LLC*, 2024 WL 5102709, at *3-4 (N.D. Cal. Dec. 12, 2024)

(same); *Riganian v. LiveRamp Holdings, Inc.*, 2025 WL 2021802, at *11-12 (N.D. Cal. July 18, 2025) (same); *Scarlett v. Future US, LLC*, 2025 WL 2614587, *4-5 (San Francisco Cnty. Super. Ct. Sept. 5, 2025) (same); *Rose v. Variety Media, LLC*, 2025 WL 2794920, at *2-3 (Los Anges Cnty. Super. Ct. Sept. 24, 2025) (same); *Lesh v. Cable News Network, Inc.*, 767 F. Supp. 3d 33, 40-42 (S.D.N.Y. 2025) (Marrero, J.) (finding trackers similar to those here are "pen registers" under the CIPA); *Moody v. C2 Educ. Sys. Inc.*, 742 F. Supp. 3d 1072, 1076 (C.D. Cal. 2024) ("Plaintiff's allegations that the Reddit Software is embedded in the Website and collects information from visitors plausibly fall within the scope of §§ 638.50 and 638.51."); *Greenley v. Kochava, Inc.*, 684 F. Supp. 3d 1024, 1050 (S.D. Cal. 2023) (referencing CIPA's "expansive language" when finding software was a "pen register");

224. The Reddit Cookies installed on Plaintiffs' and California Subclass Members' browsers are "pen registers" because they are "device[s] or process[es]" that "capture" the "routing, addressing, or signaling information"—the email addresses, IP address, geolocation, device information, and other persistent identifiers—from the electronic communications transmitted by Plaintiffs' and California Subclass Members' computers or smartphones. Cal. Penal Code § 638.50(b).

225. The Reddit Pixels installed on the websites and apps are "pen registers" because they are "device[s] or process[es]" that "capture" the "routing, addressing, or signaling information"—the email addresses, IP address, geolocation, user mail addresses, and user phone numbers—from the electronic communications transmitted by Plaintiff's and California Subclass Members' computers or smartphones. Cal. Penal Code § 638.50(b).

226. At all relevant times, Defendant used the Reddit Pixels and Cookies—which are pen registers—installed on Plaintiffs' and California Subclass Members' browsers, which enabled Defendant to collect Plaintiffs' and California Subclass Members' email addresses, IP addresses, geolocation, device information, email addresses, phone numbers, and other persistent identifiers from the websites and apps they visited. Defendant used the Trackers to build comprehensive user profiles, which were used to unjustly enrich Defendant and its clients by linking and enhancing

Plaintiffs' and California Subclass Members' data when it is provided to advertisers through Reddit's Advertising tools.

227. Plaintiffs and California Subclass Members did not provide their prior consent to Defendant's installation or use of the Reddit Pixel or any other tracking technology at issue.

228. Defendant did not obtain a court order to install or use the Reddit Pixel or any other tracking technology at issue.

229. Pursuant to Cal. Penal Code § 637.2, Plaintiffs and California Subclass Members have been injured by Defendant's violations of CIPA § 638.51(a), and each seeks statutory damages of $5,000 for each of Defendant's violations of CIPA § 638.51(a).

**<u>COUNT V</u>**
**Violation of California's Unfair Competition Law**
**Cal. Bus. & Prof. Code § 17200, *et seq*.**

230. Plaintiffs repeat the allegations contained in the foregoing paragraphs as if fully set forth herein.

231. Plaintiffs bring this claim individually and on behalf of the Class against Defendant and on behalf of the California Subclass against Defendant.

232. In both cases, Plaintiffs bring this claim pursuant to California law.

233. By committing the acts and practices alleged herein, namely surreptitiously surveilling on Plaintiffs and Class Members and selling their information to numerous entities for advertising, Defendant violated California's Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code §§ 17200, *et seq.* as to Plaintiffs and the Class, by engaging in unlawful and unfair conduct.

234. Defendant violated the UCL's proscription against engaging in **<u>unlawful business practices</u>** as a result of its violations of (1) the Electronic Communications Privacy Act, 18 U.S.C. §§ 2511(1); (2) the California Invasion of Privacy Act, Cal. Pen. Code §§ 631, 632, and 638.51; and (3) The California Constitution and common law.

235. Defendant's acts and practices described above also violate the UCL's proscription against engaging in **<u>unfair business practices.</u>** Defendant intentionally surveilled nearly every area of Plaintiffs' and Class Members' lives, created permanent, non-anonymous profiles using that information, and sold that information to an unknown number of entities. Defendant's conduct is

thus substantially injurious to consumers, offends public policy, and is immoral, unethical, oppressive and unscrupulous as the gravity of the conduct outweighs any alleged benefits.

236. Pursuant to California Business and Professional Code § 17203, Plaintiffs and Class Members seek an order of this Court that includes, but is not limited to, requiring Defendant to: (a) provide restitution to Plaintiffs and Class Members; (b) disgorge all profits obtained as a result of its violations of the UCL; and (c) pay Plaintiffs' and the Class's attorneys' fees and costs.

237. To the extent Plaintiffs do not have an adequate remedy at law, they pleads his claims under the UCL in the alternative to his legal claims. Legal remedies available to Plaintiffs and Class Members are inadequate because they are not equally prompt and certain and in other ways as efficient as equitable relief. Damages are not as equally certain as restitution because the standard that governs restitution is different than the standard that governs damages. Hence, the Court may award restitution even if it determines that Plaintiffs failed to sufficiently adduce evidence to support an award of damages. Damages and restitution are not the same amount. Equitable relief, including restitution, entitles Plaintiffs to recover all profits from the wrongdoing, which may exceed the available damages at law.

## COUNT VI
## Violation of the Electronic Communications Privacy Act
## 18 U.S.C. §§ 2511(1), *et seq.*

238. Plaintiffs repeat the allegations contained in the foregoing paragraphs as if fully set forth herein.

239. Plaintiffs bring this claim individually and on behalf of the Class against Defendant.

240. The Electronic Communications Privacy Act ("ECPA") prohibits the intentional interception of the content of any electronic communication. 18 U.S.C. § 2511.

241. The ECPA protects both the sending and the receipt of communications.

242. 18 U.S.C. § 2520(a) provides a private right of action to any person whose wire or electronic communications are intercepted, disclosed, or intentionally used in violation of Chapter 119.

243. The transmission of Plaintiffs' website page visits, selections, purchases and persistent identifiers to each website each qualify as a "communication" under the ECPA's definition of 18 U.S.C. § 2510(12).

244. The transmission of this information between Plaintiff and Class members and each website with which they chose to exchange communications are "transfer[s] of signs, signals, writing,…data, [and] intelligence of [some] nature transmitted in whole or in part by a wire, radio, electromagnetic, photoelectronic, or photo optical system that affects interstate commerce" and are therefore "electronic communications" within the meaning of 18 U.S.C. § 2510(12).

245. The ECPA defines "contents," when used with respect to electronic communications, to "include[] any information concerning the substance, purport, or meaning of that communication." 18 U.S.C. 18 U.S.C. § 2510(8).

246. The ECPA defines an interception as the "acquisition of the contents of any wire, electronic, or oral communication through the use of any electronic, mechanical, or other device." 18 U.S.C. § 2510(4).

247. The ECPA defines "electronic, mechanical, or other device," as "any device…which can be used to intercept a[n]…electronic communication." 18 U.S.C. § 2510(5).

248. The following instruments constitute "devices" within the meaning of the ECPA:

- The Reddit Pixel;
- Any other tracking code, API, or SDK used by Defendant;
- Each partner website and advertising partner;
- The plan Defendant carried out to effectuate the tracking and interception of Plaintiffs' and Class Members' communications while they were using a web browser to navigate the Websites and Apps.

249. Plaintiffs and Class Members' interactions with each website are electronic communications under the ECPA.

250. By utilizing the Reddit Pixel, as described herein, Defendant intentionally intercepted, endeavored to intercept, and/or procured another person to intercept, the electronic communications of Plaintiffs and Class members in violation of 18 U.S.C. § 2511(1)(a).

251. Defendant intercepted communications that include, but are not limited to, communications to/from Plaintiffs and Class members regarding their food and restaurant preferences, health concerns, real estate interests, consumption of media, geolocation, and many more. This confidential information is then added to consumer profiles and monetized for targeted advertising purposes, among other things.

252. By intentionally using, or endeavoring to use, the contents of Plaintiffs' and Class Members' electronic communications, while knowing or having reason to know that the information was obtained through the interception of an electronic communication in violation of 18 U.S.C. § 2511(1)(a), Defendant violated 18 U.S.C. § 2511(1)(d).

253. Defendant intentionally intercepted the contents of Plaintiffs' and Class Members' electronic communications for the purpose of committing a criminal or tortious act in violation of the Constitution or laws of the United States or of any state, namely, invasion of privacy, intrusion upon seclusion, CIPA, and other state wiretapping and data privacy laws, among others.

254. The party exception in 18 U.S.C. § 2511(2)(d) does not permit a party that intercepts or causes interception to escape liability if the communication is intercepted for the purpose of committing any tortious or criminal act in violation of the Constitution or laws of the United States or of any State. Here, as alleged above, "[t]he association of Plaintiff's data with preexisting user profiles is a further use of Plaintiff's data that satisfies [the crime-tort] exception," because it "violate[s] state law, including the [CIPA], intrusion upon seclusion, and invasion of privacy." *Brown v. Google, LLC*, 525 F. Supp. 3d 1049, 1067 (N.D. Cal. 2021); *see also Marden v.LMND Medical Group, Inc.*, 2024 WL 4448684, at *2 (N.D. Cal. July 3, 2024); *R.C. v. Walgreen Co.*, 733 F. Supp. 3d 876, 902 (C.D. Cal. 2024).

255. Defendant was not acting under the color of law to intercept Plaintiffs' and Class members' wire or electronic communications.

256. Plaintiffs and Class Members did not authorize Defendant to acquire the content of their communications for purposes of invading Plaintiffs' and Class Members' privacy. Plaintiffs and Class Members had a reasonable expectation that Defendant would not intercept their communications and sell their data to dozens of parties without their knowledge or consent.

257. The foregoing acts and omission therefore constitute numerous violations of 18 U.S.C. §§ 2511(1), *et seq*.

258. As a result of each and every violation thereof, on behalf of himself and the Class, Plaintiff seeks statutory damages of $10,000 or $100 per day for each violation of 18 U.S.C. §§ 2510, *et seq*.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs, on behalf of themselves and all Class Members, seek judgment against Defendant, as follows:

(a) For an order certifying the Classes pursuant to Fed. R. Civ. P. 23, naming Plaintiffs as the representatives of the Classes, and naming Plaintiffs' attorneys as Class Counsel to represent the Classes.

(b) For an order finding in favor of Plaintiffs and the Classes on all counts asserted herein;

(c) For compensatory, punitive, and statutory damages in amounts to be determined by the Court and/or jury;

(d) For pre- and post-judgment interest on all amounts awarded; and

(e) For an order awarding Plaintiffs and the Class their reasonable attorneys' fees and expenses and costs of suit.

## JURY TRIAL DEMANDED

Plaintiffs demand a trial by jury on all claims so triable.

Dated: July 2, 2026

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: */s/ Philip L. Fraietta*

Philip L. Fraietta (State Bar No. 354768)
50 Main St., Ste. 475
White Plains, NY 10606
Telephone: (914) 874-0710
Facsimile: (914) 206-3656
E-mail: pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
Kaili C. Lynn (State Bar No. 334933)
Joshua R. Wilner (State Bar No. 353949)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: klynn@bursor.com
jwilner@bursor.com

**BURSOR & FISHER, P.A.**
Max S. Roberts (State Bar No. 363482)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10069
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-mail: mroberts@bursor.com

*Attorneys for Plaintiffs*